IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARTHUR FLEMMING MOLER**  **PLAINTIFF**
Reg. #27271-171

v.   Case No. 4:22-cv-00113-KGB-PSH

**WELLS,** *et al.*  **DEFENDANTS**

## ORDER

Before the Court are Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 26). No objections have been filed, and the time to file objections has passed. After careful review, the Court concludes that the Proposed Findings and Recommendation should be, and hereby are, adopted in their entirety as this Court's findings in all respects (*Id.*). Accordingly, plaintiff Arthur Flemming Moler's complaint is dismissed without prejudice for failure to prosecute (Dkt. Nos. 1, 6). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

It is so ordered this 3rd day of February, 2023.

Kristine G. Baker
United States District Judge